## CITY OF WATERBURY *v.* EILEEN HOSIER

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 935 (AC 17047), is denied.

*Louis S. Avitabile*, in support of the petition.

*Danielle M. Mangini*, assistant to the corporation counsel, in opposition.

Decided March 25, 1998

## BERKELEY FEDERAL BANK AND TRUST FSB *v.* JEFFREY W. NAVIN ET AL.

The defendant Jeffrey W. Navin's petition for certification for appeal from the Appellate Court, 47 Conn. App. 931 (AC 17126), is denied.

*Kenneth R. Davis*, in support of the petition.

*Anne R. Hoyt*, in opposition.

Decided March 25, 1998

## CHEMICAL BANK *v.* SATBIR S. PAUL ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 17725) is denied.

*Satbir S. Paul*, pro se, in support of the petition.

Decided March 25, 1998